# United States District Court
## Violation Notice

**CVB Location Code:** WY4

**Violation Number:** F07E002C
**Officer Name:** Muniz
**Officer No.:** 2547

F07E002C

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 12/13/2024 15:36
**Offense Charged:** FED 36 CFR 261.58A

**Place of Offense:** dispersed camp near Melvins

**Offense Description: Factual Basis for Charge**
36 CFR 261.58A - CAMPING TOO LONG

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Miranda
**First Name:** Theresa
**M.I.:**

**Street Address:**

**City:**  **State:**  **Zip Code:**  **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**  **CDL:** ☐  **D.L. State:**  **Social Security No.:**

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race:   Hair:   Eyes:   Height:   Weight:

### VEHICLE

**VIN:**    **CMV:** ☐

**Tag No.:**  **State:**  **Year:**  **Make/Model:** /  **PASS** ☐  **Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 100.00   Forfeiture Amount
$ 30.00    Processing Fee
$ 130.00   Total Collateral Due

**PAY THIS AMOUNT**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**

**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

F07E002C

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  12/13/2024  while exercising my duties as a law enforcement officer in the _____ District of  WY

Pursuant to 16 USC 551: I Forest Service Law Enforcement Officer Nathanael Muniz #2547, while exercising my duties on December 13th, 2024, On the Caribou- Targhee National Forest, in the District of Wyoming, was on uniformed patrol in a marked law enforcement vehicle at approximately 1536 hours. When I investigated a request for assistance by Law enforcement and Lincoln County, Wy personal about a residential camp behind Melvins brewing in Alpine, Wy.

Upon arriving to the location, we were able to confirm the camp was present at the reported location from law enforcement personal. I, USFS LEO Norton and a Bonneville County deputy arrived and was able to see the camp was occupied by household items and a large camper trailer.

One male subject who was present at the camp spoke to LEO Norton. He verbally confirmed he was living on the National Forest, and had been present for a month which is in violation of the 14 days stay limit. I spoke to a female subject he was also present at the camp and would be identified via word of mouth as Theresa MIRANDA, of Alpine Wy. MIRANADA did not have a current home address and gave me a PO BOX in Alpine Wy where she and the male subject could receive mail. Both LEO Norton and I identified ourselves as Forest Service Law Enforcement.

The camper MIRANDA and the male subject were occupying in was not operable at the time of this contact and was given until 12/20/2024 to remove all objects from the National Forest.
MIRANDA was issued a citation based off my personal observation for violating 36 CFR 261.58A- Camping too long.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/13/2024        *[signature: Nathanael Muniz]*
Date (mm/dd/yyyy)              Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)              U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                   CMV = Commercial vehicle involved in incident